No. 4. HENRY F. MUELLER, JOSEPHINE WALDECK, LEONA MULLER BY JOSEPHINE WALDECH, CURATRIX, ET AL. *v.* SAMUEL W. ADLER, ST. LOUIS TRANSIT CO., ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. November 23, 1926. Appeal dismissed on motion of *Messrs. William J. Hughes* and *Henry J. Richardson* for appellants. *Mr. Henry S. Priest* for appellees.

---

No. 639. M. HARTLEY DODGE *v.* MINNIE E. ALLISON AND AUDREY E. ALLISON, EXECUTRICES OF J. WESLEY ALLISON, DECEASED. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit. November 23, 1926. Petition dismissed, on motion of *Messrs. Robert H. McCarter* and *John A. Garver* for petitioner. *Mr. Jacob L. Newman* for respondents.

---

No. 92. CHAPMAN S. CLARK *v.* UNITED STATES. Appeal from the Court of Claims. December 7, 1926. Judgment reversed on confession of error, and cause remanded to the Court of Claims for further proceedings on motion of *Solicitor General Mitchell* for the United States. *Messrs. Horace S. Whitman* and *Chapman S. Clark, pro se,* for appellant.

---

No. 188. CHIN SET WONG, UNCLE AND NEXT FRIEND OF CHIN FOOK, *v.* JOHN B. JOHNSON, COMMISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the District of Massachusetts. December 7, 1926. Dismissed with costs on motion of *Mr. Everett Flint Damon* for appellant. No appearance for appellee.